```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OWEN HARTY, Individually

                        Plaintiff,                        10 Civ. 3409 (PKC)

      -against-

                                                               ORDER

HARIHAR LLC,

                        Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        The plaintiff has filed a "Motion for Entry of Default." Plaintiff should review my Individual Practices governing motions for default judgments, as well as Local Rules 55.1 and 55.2. The plaintiff has not submitted a certificate of default, nor an affidavit complying with Section A of my Individual Practices for entry of default judgment. To the extent that the plaintiff was attempting to request a certificate of default from the Clerk of the Court, plaintiff should review and comply with the Court's Electronic Case Filing Rules and Instructions, Section 16. The motion (Docket No. 33) is therefore DENIED without prejudice to renewal in compliance with the Local Rules and my Individual Practices.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
       November 1, 2010